UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 99-1343-CIV-UNGARO-BENAGES

BRIGETTE SHAPIRO,
    Plaintiff,

vs.

HOOTERS OF DORAL, INC., et al.,
    Defendants.
_____/

FILED by _____ D.C.
DKTG
MAR 1 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## VERDICT FORM

1. Do you find from a preponderance of the evidence that Hooters of Doral and LTP Management are a "single employer?"

    _____ Yes       __X__ No

**IF YOU ANSWERED "YES" TO QUESTION 1, ANSWER THE QUESTIONS IN SECTION A ONLY. THEN PLEASE HAVE YOUR FOREPERSON SIGN AND DATE THE VERDICT FORM.**

**IF YOU ANSWERED "NO" TO QUESTION 1, SKIP SECTION A AND ANSWER THE QUESTIONS IN SECTION B. THEN PLEASE HAVE YOUR FOREPERSON SIGN AND DATE THE VERDICT FORM.**

### SECTION A
(Liability - - Single Employer)

A1. Do you find from a preponderance of the evidence that the Plaintiff was denied a promotional opportunity by the Defendants?

    _____ Yes       _____ No

A2. Do you find from a preponderance of the evidence that the Plaintiff's pregnancy was a substantial or motivating factor that prompted the Defendants to deny her a promotional opportunity?

    _____ Yes       _____ No

**If you answered "No" to either Question A1 or Question A2, your verdict is for the Defendants and you need not proceed further except to have your foreperson sign and date the verdict form.**

**If you answered "Yes" to Question A1 and Question A2, please answer Question A3.**

A3. Do you find from a preponderance of the evidence that the Plaintiff would have been denied a promotional opportunity for other reasons even in the absence of consideration of her pregnancy?

_____Yes            _____No

**If you answered "Yes" to Question A3, you need not proceed further except to have your foreperson sign and date the verdict form.**
**If you answered "No" to Question A3, your verdict is for the Plaintiff. Please next answer Question A4.**

A4. What is the amount of damages sustained by the Plaintiff in emotional pain, mental anguish, and loss of dignity?

$_____

**Please answer Question A5.**

A5. Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally and state protected rights?

_____Yes            _____No

**If you answered "No" to Question A5, your verdict is for the Defendants on the issue of punitive damages and you need not proceed further except to have your foreperson sign and date the verdict form.**

**If you answered "Yes" to Question A5, please next answer Question A6.**

A6. Did the Defendants engage in a good faith effort to comply with the law by adopting policies and procedures designed to prohibit discrimination in the workplace?

_____Yes            _____No

**If you answered "Yes" to Question A6, your verdict is for the Defendants on the issue of punitive damages and you need not proceed further except to have your foreperson sign and date the verdict form.**

**If you answered "No" to Question A6, your verdict is for the Plaintiff on the issue of punitive damages. Please next answer Question A7.**

A7.   What amount of punitive damages, if any, should be assessed against Defendants Hooters of Doral and LTP Management.

$ _____

**Your deliberations are now at an end. Please do not answer any of the following questions but have your foreperson sign and date the verdict form.**

## SECTION B
### (Liability - - LTP Management Only)

B1.   Do you find from a preponderance of the evidence that the Plaintiff was denied a promotional opportunity by LTP Management?

_____ Yes        __X__ No

B2.   Do you find from a preponderance of the evidence that the Plaintiff's pregnancy was a substantial or motivating factor that prompted LTP Management to deny her a promotional opportunity?

_____ Yes        __X__ No

**If you answered "No" to either Question B1 or B2, your verdict is for LTP Management and you need not proceed further except to have your foreperson sign and date the verdict form.**

**If you answered "Yes" to Questions B1 and B2, you should next answer Question B3.**

3

B3. Do you find from a preponderance of the evidence that the Plaintiff would have been denied a promotional opportunity for other reasons even in the absence of consideration of her pregnancy?

_____Yes          _____No

**If you answered "Yes" to Question B3, you need not proceed further except to have your foreperson sign and date the verdict form.**

**If you answered "No" to Question B3, your verdict is for the Plaintiff. Please next answer Question B4.**

B4. What is the total amount of damages sustained by the Plaintiff in emotional pain, mental anguish, and loss of dignity?

$_____

**Please answer Question B5.**

B5. Did a higher management official of LTP Management act with malice or reckless indifference to the Plaintiff's federally and state protected rights?

_____Yes          _____No

**If you answered "No" to Question B5, your verdict is for LTP Management as to the issue of punitive damages and you need not proceed further except to have your foreperson sign and date the verdict form.**
**If you answered "Yes" to Question B5, please answer Question B6.**

B6. Did LTP Management engage in a good faith effort to comply with the law by adopting policies and procedures designed to prohibit discrimination in the workplace?

_____Yes          _____No

**If you answered "Yes" to Question B6, your verdict is for LTP Management on the issue of punitive damages and you need not proceed further except to have your foreperson sign and date the verdict form.**
**If you answered "No" to Question B6, your verdict is for the Plaintiff on the issue of punitive damages. Please next answer Question B7.**

4

B7.  What amount of punitive damages, if any, should be assessed against Defendant LTP Management?

$ _____

SO SAY WE ALL

_____  3/14/01
Foreperson's signature      Date

GUILLERMO R. PEÑA
Foreperson's printed name

5