UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 99-1343-CIV-UNGARO-BENAGES

BRIGETTE SHAPIRO,
    Plaintiff,
vs.

HOOTERS OF DORAL, INC.,
et al.,
    Defendants.
_____/



## OMNIBUS ORDER

THIS CAUSE is before the Court upon Defendant Hooters of Doral's Motion in Limine to Exclude or Limit the Testimony of Jennifer Fuentes, filed November 29, 2000, Defendant Hooters of Doral's Motion in Limine to Exclude Evidence of Net Worth, filed March 2, 2001, Defendants' Motion for Reconsideration of Court's Order Regarding Defendant's Exhibit 9, filed March 8, 2001, and Defendants' Motion for Judgment as a Matter of Law as to Punitive Damages, filed March 9, 2001.

THE COURT has considered the Motions, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Hooters of Doral's Motion in Limine to Exclude or Limit the Testimony of Jennifer Fuentes, Hooters of Doral's Motion in Limine to Exclude Evidence of Net Worth, Defendants' Motion for Reconsideration of Court's Order Regarding Defendant's Exhibit 9, and Defendants' Motion for Judgment as a Matter of Law as to Punitive Damages are DENIED as directed and for the reasons stated on the record in the trial of this matter.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of March, 2001.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record